THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. WOLF, | |
| Plaintiff, | Case No. 3:20-cv-05684-BHS |
| v. | **ORDER OF DISMISSAL** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

The parties having stipulated that Plaintiff Scott C. Wolf's claims against Defendant Life Insurance Company of North America in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED this 28th day of November, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL - 1
No. 3:20-cv-05684-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0223/9195136.1